JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN INDUSTRIAL MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASA INTERNATIONAL, LTD., et al., <br><br> Defendants. | Case No. CV 13-2197 FMO (PJWx) <br><br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Court's Minute Order of December 4, 2013, indicating that the case has settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 6th day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge